PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Allen Travers					Cr.:04-CR-870

Name of Sentencing Judicial Officer: Jose L. Linares, U.S.D.J.

Date of Original Sentence: 09/08/06

Original Offense: Possession of weapon and ammunition by convicted felon.

Original Sentence: 36 months imprisonment followed by 2 years supervised release.

Type of Supervision: Supervised release.			Date Supervision Commenced: 02/25/07

Assistant U.S. Attorney: To be assigned			Defense Attorney: Donald McCauley, A.F.P.D.

### PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender has not submitted any *Monthly Supervision Reports* (M.S.R.) since commencement of supervision. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | On February 28, 2007, Travers reported to the probation office and advised that his home address was 228 North 3rd Street, 2nd floor, Newark, New Jersey. On May 16, 2007, during routine field work, probation officials went to the Newark address in an attempt to verify that Travers did indeed reside there. Probation officials were advised that the offender no longer resides at said address and had not lived there for approximately two months. |

3      The offender has violated the supervision condition which states 'The offender has violated the supervision condition which states '*You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.*'

Since the commencement of supervision the offender has remained unemployed. Travers was not excused by the U.S. Probation Office from the requirement of working.

4      The offender has violated the supervision condition which states '*The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer*"

On May 17, 2007, Detective Lima of the Newark Police Department's Robbery Homicide Unit questioned the offender about two shootings which occurred on May 16, 2007, at the Hyatt Street Project. Travers did not report this contact until a schedule office visit on May 23, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 05/24/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

5·24. 2007
Date